Westport Senior Living / Andrew Moses-
Landry /

I told Larry Sunday to hire Andrew
Moses. Larry called me about
1 week later and asked what
would be an appropriate fee. I
told him to work it out with
Andrew and that Andrew could be
very helpful on other fund raising.
fund raising

## Keystone

Carberry & Chris Rixon
I knew Glen Carberry & Chris Rixon for
years. Rixon was treasurer of
my campaign. They came to me with
Keystone deal. I told them to hire
George Gomes + Elizabeth Ward. He said
he would give them a fair evaluation
after my term was up. He said he
had no interest in any deal whereby
he would promise people jobs for me
doing a deal. I said fine. I did
Keystone deal and Carberry represented
them. He they agreed to interview George
and Elizabeth. George was asked to
interview with several people / partners
and finally offered a job.

## Ben Andrews

Ben brought me one bad deal after the next. I would not do them. He asked my advice on how he could attract the kind of client that would be acceptable. He wanted me to eyeball somebody I had already picked. He had done this with Chris Burnham in Brown Capital Management. I told Ben to sit tight and I would work on it. I had recently met with Landmark (Stan Alfeld and one of his Assoc.). We agreed in principle to deal terms. I then visited Jerry Wilson in N.Y. Jerry was a partner at Rogers & Wells. Rogers & Wells had represented Landmark in the past and Jerry was a savvy political / finder for private equity. I met Jerry from the Apollo deal! (more on that later). I asked Jerry to make this happen for Ben with Landmark and that I wanted Ben to get a finders fee. He said he would look into it. The next thing I knew Ben was representing Landmark all over the Country and Jerry and Ben and their wives were all spending weekends together. Ben came to me and asked me how I wanted my share. I didn't

⟹

(He referred to Mark as my Boy in NY)

this occured in office ②

This occurred at a meeting between Stack, Ben and myself after the Bush dinner at some time in Southport

really knew what to say. So I said nothing. He ~~so~~ asked me if it would be appropriate to pay cash? my brother Mark. I told him At a later meeting would not be appropriate. I told him if he wanted to share his fee he should give it to Chris Stack. STACK needed the money - I thought. It also got stack off my back b/c he had some bullshit deal in Miami he wanted me to do.

After the election Ben came to me on behalf of Landauk I agreed to increase. I had a conversation with Ben and STAN separately about helping Mike MacDonald -

**Stack**
STACK Told me that the Landauk agreement was not a contractual obligation but merely an understanding and that I should insist that Ben get his deal in writing. I told STACK I would not do that.

①

DiBella -

Bill DiBella introduced me to Joe Grano - (they are old friends from Hartford's south end) - Joe and I got along very well. Joe introduced me to the Chairman of PaineWebber and then we talked about private equity and a potential real estate deal. Some weeks or months later, Bill asked me to go to lunch with Joe Grano and the real estate investment exec he had recruited. We discussed a partnership and I told them I was interested but Mike MacDonald would have to do the review. Soon after, I informed Joe that it was very doable, and we began to negotiate the deal. ~~He asked me if it was necessary to pay a finder for Conn. I said no~~ He asked my advice on ~~the~~ attracting other pension funds to the deal. I told him he should hire a pro, and let them worry about it. He asked for a recommendation I told him **Potomac** Advisors. He asked if it would be necessary to pay them for Conn. I said no and told him there were ~~was~~ many good placement agents ~~and Potomac is~~ just one.

⟶

②

Isabella Cont

Bill called soon after to tell
me he had been told by Grasso
that Grasso did not want to
compensate him for the Comm. Transaction.
At some later time he told me
that he thought the world of
Bill but was concerned that if
PW ~~told~~ paid him ~~it would~~
could damage the Carpenters reputation
because Bill had a been ~~investigated~~
~~settled too~~ investigated too
many times. ~~He~~ Joe asked my advice
on how to make things right for
Bill. I told him not to worry
about it and I would try to work
things out.
~~Soon after~~
When I met with Fred Malik - I asked
him about placement fees. He said
Merril Lynch had an exclusive and
had done nothing. I asked him if
he would help Bill. He said only
to the extent the Merril Lynch would
reduce their fee. I said fine - don't
do anything out of the ordinary or pay
anymore in the aggregate then normal.

①

Triumph

I told Charlie to ~~that~~ pay a
finder to STACK and the ~~field~~ and
thus I wanted ~~through~~ to ~~hire~~ Elizabeth +
Mike Macdonald. also

He said he would take it up with
Fred. He came back and said they
would not pay any finder or
~~enter into~~ offer employment To
anyone connected to me in exchange
for the deal.

Charlie said it would be a ~~quid pro quo~~ **quid pro quo**
and he could not advise his boss to
agree to it. ~~I said His I do~~
Charlie said that Fred was sympathetic
to the situation of certain staffers
and they would be as helpful as
possible after I left office but
that it would have to be arms length
and make sense for Triumph. I said
fine ✳ SEE BACK

Some time in January ~~Fred~~ STACK met
with Triumph and signed a consulting
agreement as did Thiesfield. ~~Thiesfield~~
~~Thiesfield~~
Charlie had arranged for **Elizabeth** ~~Eby~~ to get
an Interview with some law firm
and canceled Mike Macdonald. He
told me that the ethics law prevented

⇒

②

I continually pressed Fred + Charlie
to hire **Park** STRATEGIES. They
told Me that eventually they
would but that they were not
ready. There was a meeting
with Wayne Berman ~~in Boston at~~
me Theisfield, Charlie, Fred in
Bis **Boston** where I ~~told to~~ introduced
Wayne to Charlie + Fred.
          , b/w Triumph + Park Strategies
     Contracts were drafted but never
executed.

After ~~I left office~~ Charlie indicated
~~they will be entering into ~~a side~~~~
~~agreements with stock + Theisfield~~
to me that he believed Fred
was favorably disposed to hire
~~Fred~~ + Steer As consultants.
**Lisa**

Charlie said ~~that they would~~
~~confirm~~ 1/he to meet **Wayne** to
areas how helpful Park Strategies
could be.

a week or two

①

WALTON Street.

~~Stock~~ **Stack** brought the deal to me. I went to Chicago with Lisa and with Stack to meet the people at the firm. STACK HAD a contract with them which called for a certain level of compensation less "related expenses" which was an arrangement stock made with ~~that~~ whereby they would make illegal ~~bundled~~ contributions into the campaign and reduce his fee by however much they got into the campaign.

Carlyle Asia / Wayne Berman

Wayne Represented Carlyle on a prior deal. Carlyle Asia was brought to my attention by Armond ~~Paslin~~ PAOLINO of Updike Kelly. I told him I would review the material I decided to proceed and then Wayne called. Wayne wanted to know ~~what~~ the differentiation were in closing the deal. I told him we were going through all the normal things we needed to. At this point I thought it was an Updike Kelly client. Wayne told me that it was imperative that →



the deal get done. I told him I already decided to do it and it was going to have to go thru our normal process and there are certain terms and conditions Carlyle would have to live with. I don't remember if it was during this conversation or during a different conversation that he brought up the issue of my salary. I asked that we defer the discussion until after I was out of office. I later learned that he was charged with getting Carlyle done and was using Updike as a local rep. Wayne never said affirmatively that if you don't do the deal it will effect the job offer. However, the context of his statements and timing made it quite clear. I believe this incident is the least of Wayne's problems.

During this period Chris Healy from Updike was lobbying very hard for the deal.

When Wayne realized that I was close with Grano, he went to Grano and made some representations in an attempt to extort a larger retainer fee from PW. Joe said No. —

## Apollo.

Got call from Pat McCabe - connected ~~joint~~ via Dave O'Leary (former Rowland Chief of Staff and ~~Ex. Director~~ of Poland 98) Rowland

Jerry Wilson and Apollo people ~~including~~ including ~~Bill Mack~~. came to see me in my office. We then went to lunch at the Polytechnic club and Dave O'Leary joined. We ate. We talked with Mack about politics. I left. McCabe ~~told~~ said that if we ~~thought~~ did deal Mack would be helpful to Campaign. I did deal. Mack had a party ~~for~~ John Rowland at his Apartment on 3/7/98. I was there, Rowland was there, O'Leary was there. (Jerry Wilson was there I think)

Someone at party Gave ~~to~~ O'Leary envelope with 40k of checks for Rowland 98 Jerry Wilson I believe paid McCabe a fee for arranging the entire thing via me and O'Leary.

This was an obvious Quid pro Quo because I allowed O'Leary + McCabe to tell Jerry Wilson that I could do deal but Mack had to raise ~~sumes~~ money for Rowland.

Pioneer Capital ~~Capital~~

Gov. sent ~~offered~~ **Offering Memo** Burnham the Pioneer ~~offered memo~~ and wrote a note asking Burnham to look into it. Burnham ~~took them~~ took three items when he left and indicated that he intended to keep them.

~~Offer~~ After I became Treasurer Patrick Sullivan called me and told me that the Gov. wanted that deal done and that **Mengacci** ~~Mengacci~~ would be getting ~~paid~~ **paid**. I made it happen.

After election Sullivan called and said "they" wanted Pioneer increased. I said no. Soon after I met with Gov. at his residence. I told him that I had 15 people who needed jobs, he said it wasn't possible. I called ~~George Gomes~~ that night and told him about ~~meeting~~ **Mengacci** Soon after Mengacci came to visit me and said if you want to get your people in or get your ~~brother~~ judgeship do the deal. I said ok. the people got jobs. I told Pat. Sullivan about ~~jobs~~ the Mengacci visit. Also told George Gomes.

Mengacci brother is in charge of judicial review and his sister-in-law sits right outside Gov. office.