## WESTPORT SENIOR LIVING/ANDREW MOSES

I told Larry Landry to hire Andrew Moses. Larry called me about 1 week later and asked what would be an appropriate fee. I told him to work it out with Andrew and that Andrew could be very helpful in other fund raising.

## KEYSTONE

I knew Glen Carberry and Chris Rixon for years. Rixon was treasurer of my campaign. They came to me with Keystone deal. I asked Glen to hire George Gomes and Elizabeth Ward. He said he would give them a fair evaluation after my term was up. He said he had no interest in any deal whereby he would promise people jobs for me doing a deal. I said fine. I did Keystone and Carberry represented them. He then agreed to interview George and Elizabeth. George was asked to interview with several people/partners and finally offered a job.

## BEN ANDREWS

Ben brought me one bad deal after the next. I would not do them. He asked my advice on how he could attract the kind of client that would be acceptable. He wanted me to eyeball somebody I had already picked. He had done this with Chris Burnham on Brown Capitol Management. I told Ben to sit tight and I would work on it. I had recently met with Landmark (Stan Alfred and one of his associates). We agreed in principle to deal terms. I then visited Jerry Wilson in New York. Jerry was a partner at Rogers & Wells. Rogers & Wells had represented Landmark in the past and Jerry was a savvy political/finder for private equity. I met Jerry from the Appollo deal (more on that later). I asked Jerry if he could make things happen for Ben with Landmark and that I wanted Ben to get a finders fee. He said he would look into it. The next thing I know Ben was representing Landmark all over the country and Jerry and Ben and their wives were all spending weekends together. Ben came to me and asked me how I wanted my share. I didn't really know what to say. So I said nothing. He asked me if it would be appropriate to pay cash to my brother Mark. He referred to Mark as my boy in New York. I told him it would not be appropriate. This occurred in my office. At a later meeting I told him if he wanted to share his fee he should give it to Chris Stack. Stack needed the money I thought. This occurred at a meeting between Stack, Ben and myself after the Bush dinner at some bar in Southington. It also got Stack off my back because he had some bullshit deal in Miami he wanted me to do. After the election Ben came to see me on behalf of Landmark. I agreed to increase. I had a conversation with Ben and Stan separately about helping Mike MacDonald. Stack told me that the Landmark agreement was not a contractual obligation but merely an understanding and that I should insist that Ben get his deal in writing. I told Stack I would not do that.

## DIBELLA

Bill DiBella introduced me to Joe Grano (they are old friends from Hartford's north end). Joe and I got along very well. Joe introduced me to the Chairman of Paine Webber and we talked about private equity and a potential real estate deal. Some weeks or months later Bill asked me to go to lunch with Joe Grano and the real estate investment executive he had recruited. We discussed a partnership and I told them I was interested but Mike MacDonald would have to do the review. Soon after, I informed Joe that it was very doable and we began to negotiate the deal. He asked my advice on attracting other pension funds to the deal. I told him he should hire a pro and let them worry about it. He asked for a recommendation. I told him Potomac Advisors. He asked if it would be necessary to pay them for Connecticut. I said no and told him there were many good placement agents and Potomac was just one. Bill called soon after to tell me he had been told by Grano that Grano did not want to compensate him for the Connecticut transaction. At some later time Joe told me that he thought the world of Bill but was concerned that if Paine Webber paid him it could damage the company's reputation because Bill had been investigated too many times. Joe asked my advice on how to make things right for Bill. I told him not to worry about it and I would try to work things out. Soon after when I met with Fred  Malik I asked him about placement fees. He said Merril Lynch had an exclusive and had done nothing. I asked him if he would help Bill. He said only to the extent that Merril Lynch would reduce their fee. I said fine don't do anything out of the ordinary or pay anyone in the aggregate then normal.

## TRIUMPH

I told Charlie to pay a finder to Stack and Theisfield and then I wanted Triumph to hire Elizabeth and Mike MacDonald also. He said he would take it up with Fred. He came back and said they would not pay any finder or offer employment to anyone connected to me in exchange for the deal. Charlie said it would be quid pro quo and he could not advise his boss to agree to it. Charlie said that Fred was sympathetic to the situation of certain staffers and they would be as helpful as possible after I left office but that it would have to be arms length and make sense for Triumph. I said fine. A week or two after the deal closed Charlie indicated to me that he believed Fred was favorably disposed to hire Lisa and Stack as consultants.

Sometime in January Stack met with Triumph and signed a consulting agreement as did Theisfield. Charlie had arranged for Elizabeth to get an interview with some law firm and cancelled Mike MacDonald. He told me that the ethics law prevented Elizabeth or Mike going to work for Triumph. I continually pressed Fred and Charlie to hire Park Strategies. They told me that eventually they would but that they were not ready. Charlie said that they would like to meet Wayne to assess how helpful Park Strategies could be. There was a meeting with Wayne Bevan, me, Theisfield, Charlie and Fred in Boston where I introduced Wayne to Charlie and Fred. Contracts between Triumph and Park Strategies were drafted but never executed.

## WALTON STREET

Stack brought the deal to me. I went to Chicago with Lisa and with Stack to meet people at the firm. Stack had a contract with them which called for a certain level of cooperation less "related expenses" which was an arrangement Stack made whereby they would make illegal bundled contributions into the campaign and reduce his fee by however much they got into the campaign.

## CARLYLE ASIA/WAYNE BERMAN

Wayne represented Carlyle on a prior deal. Carlyle Asia was brought to my attention by Armand Paolino of Updike Kelly. I told him I would review the material. I decided to proceed and then Wayne called. Wayne wanted to know what the difficulties were in closing the deal. I told him we were going through all the normal things we needed to. At this point I thought it was an Updike Kelly client. Wayne told me that it was imperative that the deal get done. I told him I already decided to do it and it was going to have to go through the normal process and there was certain terms and conditions Carlyle would have to live with. I don't remember if it was during this conversation or during a different conversation that he brought up the issue of my salary. I asked that we defer the discussion until after I was out of office. I later learned that he was charged with getting Carlyle ___ and was using Updike as a local representative. Wayne never said affirmatively that if you don't do the deal it will offset the job offer. However, the context of his statements and timing made it quite clear. I believe the incident is the least of Wayne's problems.

During this period Chris Healy from Updike was lobbying very hard for the deal. When Wayne realized that I was close with Grano, he went to Grano and made some representations in an attempt to extort a large retainer fee from PW. Joe said no.

## APPOLLO

Got call from Pat McCabe, connected lobbyist via Dave O'Leary, former Rowland Chief of Staff and Executive Director of Rowland '98.

Jerry Wilson and Appollo people including Bill Mack came to see me in my office. We then went to lunch at the Polytechnic Club and Dave O'Leary joined. We ate. We talked with Mack about politics. I left. McCabe said that if we did deal Mack would be helpful to campaign. I did deal. Mack had a party for John Rowland at his apartment on 3/31/98. I was there, Roland was there, O'Leary was there. (Jerry Wilson was there I think.) Someone at party gave O'Leary envelope with 40k of checks for Rowland '98. Jerry Wilson I believe paid McCabe a fee for arranging the entire thing via me and O'Leary.

This was an obvious quid pro quo because I allowed O'Leary and McCabe to tell Jerry Wilson that I would do deal but Mack had to raise money for Rowland.

## PIONEER CAPITAL

Governor sent Chris Burnham the Pioneer offering memo and wrote a note asking Burnham to look into it. Burnham took these items when he left and indicated that he intended to keep them.

After I because Treasurer Patrick Sullivan called me and told me that the Governor wanted that deal done and the Mengacci would be getting paid. I made it happen.

After election Sullivan called and said "they" wanted Pioneer increased. I said no. Soon after I met with Governor at his residence. I told him that I had 15 people who needed jobs. He said it wasn't possible. I called George Gomes that night and told him about meeting. Soon after Mengacci came to visit me and said if you want to get your people in or get your brother a judgeship, do the deal. I said OK. The people got jobs. I told Pat Sullivan about the Mengacci visit. Also told George Gomes. Mengacci's brother is in charge of judicial review and his sister-in-law sits right outside Governor's office.