① Offer of Proof

1. DiBella ✓

2. Berman — Canyle

3. Keystone

4. Moses ✓

② Ben Andrews

⑧ Triumph

③ 2" Offer of Proof

Long Ryan
Deal