**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Declaration of Russell M. Gioiella was served by Federal Express for overnight delivery on this 13th day of June, 2005, to the following counsel of record:

> Nora R. Dannehy, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 450 Main Street
> Hartford, Connecticut  06103

_____
Todd B. Terry