ATTACHMENT A

# REDACTED
pages 1-5

Trump't CO - CEO - Nov. 98 -
200,000.00 - CS told CS - told
[illegible] stock + cash T. - fees -
CS would not play ducks -
Employable in in - EW -
CS told could pay rebid to a deal.
McCarthy sympathetic to staff.
Focus length synpractical medical to make force -
Lots after deal McCarthy tenuously to
CS stock / LT as compatants - lucid
affair - CS made opt for EW -
CSU had revolving door problem -
CS - continually pushed hard could that -
[illegible], would but not so ely -
[illegible] to put WB to be had
successful could be whys CS -
Whis in Boston introduced contracts
with Trump / LS [illegible] [illegible] does not
Regard.

CS talked w/ Fred McCarthy — though 2nd placement —

C.T. - Guy Garcia - Brother in law - had major country — Anib.

PS → says State like a Brother - Collegiate Capital - going broke —

**REDACTED**
pages 8-10