HS/HS
PS.

ND/JM
8/19/99
C

Took 6V. at long PT — gave 3V. — top 4V.
to PH for Campaign — deal —
sent to Brother Bob Harrison.

Triumph -III — 145 million —
No Spa

knew Fred McCarthy — from investment.
our reputation —                              Banking
— recommended take restriction from
Ct. off — (only invest in Ct —
(also revised 93 placement allow
invest anywhere) maybe also
increased

7/97 Deal. general consensus of staff good
1 dec to increase —
Fred McCarthy —                    [asked FM to
                                   Talk with Bob
C Spandorf had joined .             from R+C +
                                    Slusman —

- Funds would keep M M
informed of results - periodic reports.

CS personal friend - he would help
raise funds charity + politics
[wife cancer ]

Basically dealt with FM + CS -

RS Told CS need help with
campaign - but election restrictions
- Can't give or solicit -
can help republicans then they
can help you
- Triumph raised 100k for Ct Republican
- Get check give to chairman -
- Cut Deal with DePino - get 20%
Meeting - Mulychinfi Cleary - Brendon Fox    DePino)
    partly atty Paul + Paige
- Suggested may be improper -
brought Spadoni -          there issue make more
                            random -

Party keep track of separate.
#2 guy in Party give & tell
put on tally.

CS big to Party.

Bill Mark          —   50K
Apt NYC.                              } Both for
Sky Club.          —   50K.          } Governor.

Triumph  —  LT 50K per yr. at CHET —
            exec aide.
        - didn't want to pay anybody
        - can't tell how much would pay —
        - how going to pay rent —      into.
        - Not sure idea PS/CS/or LT.  Pedro Palmson
        - wk on campaign — priority —  Rod Massentucket
        - 25K contract — going to give 25 later —  Pequot.
        - knew Pequot guy — knew BIA — security Ancon
        - Lisa believed had access.                Police.

breach of contract never paw - believe
CS & CAT LLC - Charlie's or PS father
—

don't recognized signature on 25K -
believe CT.

General talk re fund of funds
summer/fall.
F M/CS / possibly w/ mn -

Burnham didn't like McCarthy.

Very solid relationship alot of good
will -

Politics as usually doing business well
raise $ for campaign.

.    Triumph come to PS after election
CS want to get deal done.
get stuff to - good deal. —

PS Rushed through running out of time.

CS No relationship with triumph to
★ exactly how much to be pd
CT and CS to be pd finder fee -
to take care of. - knew shared with
CS forward and take care of CT -

PS told CT after deal - suggested get
PH to do deal - knew of CS deal -
agreed then
She resisted

CT told know what you about to do live
mistake someatime have a problem.
then PS problem resistant.

gave SK at one point.

★ She received for finder fee
but for future UK -

- She introduced BH to Triumph helped

making & Resale Strategies -

conversation CS finders fee take up
with FM - problem at time but
john out of office - OK after *legal reasons not compute* *glad to sit with*
- also Eliz Word - would look at made
comple -

- increased deal    100 mil ⇒ 200 mil -
believed could make them more morally
responsible to pay CS & LT -
good deal for

Colateralized Buyout option - PS wanted
To do.   high$ yield bonds.

discussion with Dale he not happy done
with deal. how done - after out of office
if CS & LT get done deal - need to get to
Boston -

believe LT and CS met in
Boston not present

- told her good would for her major payday -
- after CS got back
- told.
- LT came back from Cal asked if
done.

would be unusual to be pd Not
Success based plus notion done —

When at Peak Strategies LT don't
believe LT arrangement —

helped LT invest money need sep acct.

went to CS after FBI mentioned
brueed of problems difficult time.
- told CS of concerns! - he assured OK -
has LT ever given $ - he told 5K cash.
good -

[Walk in WH - told of CS and Plf deal]
[CS told deal with - get a lawyer - won't forget]
[what did - CS atty told don't tell wife]

- CS called had big problem -
- CS retained counsel - received subpoena
- good time put LT to WK.
- ~~Had to talk to CS as what told to do~~
- told LT to move on - from Plule strategies
  around MAY - but she had
  promised D'amato help a WK in June.
  ( Triumph put to wk )

at Casino - gave money
     - some bills .

[ spring 99
Put 5K in
bank same day
Yvonne Davis
for George Bush
Campaign - ]

3K she issued inflated bill for T-shirts
etc - paid - out of campaign -
she give from T. shirt guys
(may have been a rebate)

Conversation during to VI for Aruel-
do taxes -

· before investigation But told had contract w/
                              Triumph.

4/8

on April opening BA Business —
( BA could sign up with/out retainer —

reason —

→ Triumph going to start paying BA
retainer at suggestion of P.S.
Paul Strategies gave leads through BA
because of FBI problems wouldn't
have Paul St.

Triumph first lent BA 25K.

Meeting Boston — 3/30 or 31 re
Triumph / Paul Strategies potential
Berman flew from Wash.
~~mentioned~~ ~~BA~~

George Gomes - Kneeland Young Blood - mixed
emotions. - good future contact -
George pushing ahead - want to CS not to do with
Kneeland - didn't end up doing.

~~Hartford~~ Gomes CS
Told sit tight - 14v. help
Maty.

told Gomes

Stock gave alot of money to
Jerry Harrington    former law firm.
Very political - in Providence -
Collegiate in RI - Did you [illegible] the contract in RI. CS said
Harrington took care of.
Dinner NY - April - walls closing in
asked ? because started to be suspicious
of him.

shown - back dated    from m m
Provera, Veritas, Landmark
to disguise when done - need
when came under criticism after
election loss