Santos    Darrehy
Silvester    McTegue

8-29-99
4:00 pm

$6000 for money at lock
3000 to Peter Hirschl
he gave to his brother who is mayor of
Bal Harbor, Florida
Hirschle's brother + his wife gave his
campaign 3000    1500 each

Triumph —

Burnham was still trees when 1st Triumph deal
was signed    100-150 million
    Triumph Partners III

he knew McCarthy for investment banking days
knew him by reputation

no sense to do just CT restricts funds

revised 1993 deal
invested all the money they needed raw money
modified

July 97 whole new deal
 145,000,000
role
widely agreed to pick Triumph

Spadoni joined in early 97
Spadoni is a good friend of his
he was at Shipman + Goodwin
he asked Fred to talk to Spadoni
Fred talked to him and liked him
Fred keeps MacDonald informed
they might call him on big deals - he was
only worried about the bottom line
industry accepted way to calculate return
annual #'s important

Spadoni was a
personal advisor to him
he could call him and ask him for money
wife ill with cancer - she grew up in Woburn, Mass
he had a breakdown over wife and financial
problems
top of class - Harvard Business School
he was impressed with his accomplishments

Told Spadoni he needed help with campaign

Berk[an] put in role White Knight
Triumph you can't give money
They can contribute to campaign
& Triumph raises 10,000 for CT Republicans
He got checks - they bought to republicans

He had deal with DePino
He raised more than 200,000

Republican Party thought that arrangement possibly
constituted a crime
  ratio was more random — no predetermined
  amount

Malchinski
DePino
Brenda Fox
O'Leary
Lawyer for Reed & Riger
DePino didn't have authority to enter into agreement
party guys kept track of it
they kept a green ledger

He knew you would be brought in
He gave it to #2 guy in party
  $2,000 with a clip
He was financing the whole operation
He raised more money than any other candidate

a number of
  Triumph clearly did the most
Stack did a lot for party

Bill Mack    50,000 at his apartment  gave was there
            apartment at Park Ave

contributed 150,000 to governor

☆ Come Back to Appollo

2 weeks before election they did this

a lot of resentment in republican parts
Chose Lisa 1st pick of 4B District people

Triumph – Lisa is leaving – they set her up
  Lisa's making 50,000 as an aide
he wanted to build up cash
have money at the end bonus you at the end
she had to leave state

Antonio Serbia – he worked for him in Treasury

Gomes would go for long periods without
  showing up for work
He was good with people – people problem etc
financial chairman of Dem Party is Lithy
Lisa Thisfield
Tom Can't pay rent – had to leave job

getting into Pete Johnson – she knew him
Treas of with potrion Sen
came to Treas office – met Lisa – they got
  along
Masha picked Prop-ot – Johnson

Lisa, Spadoni, Fred, him – one person bad idea

She was expected to put meeting
  together with Mshice

She got 25,000 from Triumph
 they gave her a contract
She knows Masterticket + Pedro

Pedro lived in Bellevue Square - Freds will
 Be Andrew
   lived in Hartford before he was in india
Pedro Johnson - cop at UCONN

Lisa related to Ben - close

lived with her sister and Ben very close

Sign contract before she gave notice
 He knew of contract
Can't recall if he saw it
~~Does~~ Thinks Charlie wrote contract
He told Lisa to set up company
He had Charlie or his father set up company

He thinks they could both be hers signature

He didn't sign check

That was to pay her to run his campaign
 Campaign first
The Masterticket thing was to have some
 reason or excuse

-6-

personal relationship with him Charlie & Lisa

General talk about a LT fund of funds
   talk with Charlie + Fred
   potentially MacDonald
MacDonald tried to keep up with what was going on

Burnham didn't like McCarthy
   wasp firm from NY

look at Charlie they hired

when he lost and time was short
   they came to him right away
   Charlie Spadoni called him — he said get
   them paperwork
   No question he rushed it thru
   He was running out of time

At that time Stack had no deal
I want you to pay Thiesfield and Stack
   a finders fee
   He would get money from Stack
   He was concerned about Stack's financial
     condition
There was a ~~expectly~~ expectation
   Lisa would give him money
He suggested to her to have Peter
   do work for her

She resisted using Hirschl - Stack bought
  Contract in RI
    bought the contract
  Lisa thought Stack was going to get pinched
  In all his dealings eventually he will
  have problem
  She was very resistant to his getting his
  hands on

She gave him $5000 and paid some bills

what she got was a finders fee
  and they tried to make it look like she
  was going to do some work for them

Lisa introduced Ben to Triumph - Ben tried
  to sell

Charlie - I want you to pay a finders fee
  to these people
  he want to work with them after you're
  out of office
    Finders fee wouldn't work
    Couldn't give job to Elizabeth Lash

Trouble with his structure ill advised
  for legal reasons
  He would work something out with
  Lisa + Stack

- 8 -

100 million deal –
 split 1 point between the two of them
He wanted to buy goodwill – insurance
policy – he wanted her to get a pay day

He increased committment in order to
get Triumph to honor deal with Lisa +
Stack
He did that on his own

High yield bond fund –

increased committment from 100 million to 200 million

collateralized bond obligation – CBO
Triumph was worried that Neppier would
cancel deal
  they would do 100 commit 33 million
He said CT would do 200 million
paid down all at once

He had a discussion with Stack – he'll be hooked up
with these people – Stack said no leverage
with these people
Triumph expecting him in Boston
with increase to 200 million he had no
leverage

He talked to Charlie – they called Stack
Spector said Stack held him up

He called Stack and said what is wrong with you

Lisa met with Charlie or her sis
He thinks Stack met with them in Boston

When did she know — put in good word for her
  He didn't tell either of them until Spedon'
they would do it after electio

December Lisa went to California — she asked if the deal was done
  Nov – Dec she knew it was in the works with Triumph

3ys  2ys  every qtr  management fees
  some in that way
If they did other $ things they got more

Not unusual to be paid over 3 years
It was unusual

Triumph asked her to do stuff — she reacted by getting Ben to do stuff

Park Strategies were finders for private equity

He doesn't care about money
He wanted her to be close to him
He doesn't feel used by her

He helped Lisa invest her money - Legg Mason
   SEP acct
accountant
another structure

He went to Spadoni - when articles started in JI
Spring 99
He said to Charlie Spadoni - he was having a
difficult time
When they got into his personal affairs
lots of money other problems - Datelie
type of stuff
Didn't know what Mark was up to
   Spadoni was his lawyer at Shipman & Goodwin

Triangle thing with Lisa is or up + op

Lisa gave him 5000 in cash
Spadoni said any checks
~~She~~ ~~is~~ He said no - Spadoni said good

He told Lisa to move on - before investigation
prior to May 99 he told Lisa to move on
her working there was a problem
March maybe April
                                                      Elisha
OK but I promised Al help = Al when she
was on vacation
She worked for Al in NY

Spadoni said ill advised for her to work for him anyway

He said it was a good time for Lisa to work for Triumph anyway

Stuff with Ben
not requested or required

Lisa could have gone to Hawaii + checks would come sit on the beach

she gave him 5000 in cash
He went to casino with her — he lost + she gave him chips
She paid

He put 500 in cash in back a day Lisa gave it to him
Yvonne Davis - PR specialist - Repub in Hartford

Yvonne asked for contributions for George W campaign
~~please~~ Lisa said everybody would max out
Paul his wife
Lisa if you want me to give Yvonne money you have to give it to me
Then articles came out

-12-

3000 →
  Submitted inflated bill to guys who did bumper stickers magnets
    extra 3000
  she is friends with guy who owns place
  Jan she gave him 3000

They gave money to her

They drove to Providence


She suspected that Stack was doing this with him

Spadoni said Law firm work with Stack


before investigation he learned that Ben had a contract with Triumph
  Spadoni Lisa Thiesfield
  Ben had grand opening CMI April
  he learned at dinner Triumph had contract with them
    He wouldn't work without retainer
    Ben worked without retainer

Lisa introduced Ben

Triumph was going to pay CMI
 CMI would give money to Sat Strategies

Triumph just lent 25,000 to Ben Andrews

Bad publicity

Wayne Berman  ⎫
Lisa TheSheila ⎬  3/30 or 3/31
Spadoni       ⎪  Meeting in Boston
Him           ⎪  he stayed at Meridia Hotel
McCarthy      ⎭  night before

her to become Sub S  - he told her to hire himself
that was after they met accountant
one trip stopped in Mystic
Jams
his calender will show two trips
both trips in January

4-8-99 he went out to dinner Peppercorns
he leaved Ben bad contract
Terry Wilson at peppercorns also

after that he tells Spadoni to give money to
Ben and they will split with Ben

George Gomes - knew(ed) Youngblood

He Was kneeled Youngblood - close to Ast Bradley Physician

Gomes + Youngblood hit it off
understanding between Youngblood + Gomes
George should have counsel
He went to Charlie
Charlie told him not to do it
shortly after he was out of office

Charlie told them they would hire him a year from now - 90,000 a year / now nothing

Charlie tells him after they got out of office Triumph here is a year

fired by Carberry

Trip to Tortola - he tells Hack

He told Spalloni about Dack + Hirschl and what they had done
He responded by as as a lawyer
Triumph got a lawyer because they got a lawyer
                                to Spadoni
Popio says not to tell a spouse

-15-

He didn't know how to tell Lisa to leave
He tells Spadoni to tell her to leave
Part Strategies
He told her to talk to Spadoni and do
whatever he said
 He told Spadoni to have her quit

Lisa + he thinks Stack bright cant

Terry Harrington played Lockey with Kennedy's
Hawkins Dellafield  both hired Richard Siegel
Harrington at a firm in Providence  Partner
Nancy Mayer is Treas in RI
very political

how did you get that deal
I gave a bunch of money to Harrington and
 he took care of it
So he asked Stack if he bought deal in
 RI
Stack said this at dinner in NY
 late April 97
he says things crumbling
Stack says not to worry

He asked that question to see if Stack was
wearing a wire
did you buy the contract in RI

-16-



-17-

MATERIAL REDACTED

Case 3:00-cr-00217-EBB    Document 938-5    Filed 08/05/2005    Page 17 of 18

-18-

**MATERIAL REDACTED**