ATTACHMENT  H

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     12/13/2001

On August 17, 2001, Paul J. Silvester appeared in the United States Attorney's Office, Hartford, Connecticut.  Also present were Attorney Hope Seeley, Assistant United States Attorneys (AUSA) Nora Dannehy and William Nardini, and Special Agent Joseph McTague, Internal Revenue Service/Criminal Investigation (IRS/CID) Division.  Silvester provided the following:

Silvester remembers a situation where Thiesfield approached him and said that Keith Robertson wanted to propose a deal to him.  Silvester believes the issue was after the election.  Silvester stated Thiesfield was close to Robertson and many people approached Thiesfield to get his attention.  Silvester described Thiesfield as a political operative.  Silvester stated Thiesfield told him Robertson's proposal was in the public finance/bond area.  Thiesfield didn't say if she was involved and she didn't provide any details of the proposal.  Silvester doesn't remember any of the details.  He believes he may have referred Robertson to Rich Gray.  Presumably the proposal would have saved the state money.  Silvester stated the IRS has regulations on how much money can be made on tax exempt bonds, in part, because it is inconsistent with the purpose of these bonds.

Silvester did discuss Robertson's proposal with Gray.  Gray's position was either neutral or that the deal was complicated.  Silvester explained the state has general rule of thumb percentages as a guide to consider these types of investments.  Silvester believes the proposal in Gray's opinion didn't work.

Silvester stated sometime during the process, Thiesfield told him to be careful.  It was Thiesfield's opinion that maybe somebody other than Gray should look at the proposal because Gray and Robertson were on the same Town Committee.

On August 31, 2001, Silvester and Hope Seeley met with the government.  Present were AUSAs Nora Dannehy and Michael Runowicz and Special Agent Timothy Egan, FBI.  Silvester provided the following:

---

Investigation on    Various        at  Hartford, Connecticut

File #  194A-NH-39127                               Date dictated  12/12/2001

by     SA Charles E. Urso:tfr                    POSTELEC

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

194A-NH-39127

Continuation of FD-302 of ____Paul J. Silvester_____ , On __Various_____ , Page __2__

      Silvester described the responsibilities of the Treasurer's Office and investment allocations.

      He stated he was presently living at 213 Park Avenue, Harrison, New York.

      He was told to focus on his whereabouts during election week November 1998, and be prepared to discuss the events of the week.

      On September 18, 2001, Silvester and Seeley met with the government.  Present were AUSA Dannehy and Special Agent Joseph McTague, IRS/CID.  Silvester provided the following:

      Silvester was shown pages of the FD-302 that related to the TriConn II placement with the State of Connecticut.  Silvester had previously reviewed the portion shown.  Silvester reviewed the expenses relating to the election night party at the Goodwin Hotel. He and his wife were located in Room 401.  He made telephone calls to his home and office.  He remembers his brother, Mark, and Stack had rooms at the hotel.  On the afternoon of November 4th he remembers meeting with his brother, Mark, and Pat Sullivan at DePino's office with Connecticut Republican Party people. Silvester remembers believing he had lost the election and there was talk of challenging the ballot and requesting a recount.

      He remembers going to the Bricco Restaurant on the afternoon of November 4th with Sullivan and his brother.  They continued the discussion of contesting the election.

      He remembers the Governor telephoned him during the morning of November 4th.  He told the Governor he lost the election.

      He believes he went home early on the 4th to get some sleep.  He remembers speaking to a couple well-wishers.  He may have spoken to Spadoni on the night of November 4th.

      Silvester stated he remembers going to the Treasurer's Office on the morning of November 5th.  He believes this was when he had the conversation with Spadoni in the Grant Room, it was the second conversation he had regarding the TriConn II placement. This was the time he asked Spadoni if Triumph would take care of Thiesfield and Stack.  Silvester asked Spadoni if Merrill Lynch was receiving a fee on the placement.  Spadoni told him, "No."

FD-302a (Rev. 10-6-95)

194A-NH-39127

Continuation of FD-302 of    Paul J. Silvester                    , On  Various        , Page    3

Silvester told Spadoni he wanted a point split between the two.
Silvester needed to explain to Spadoni what he meant because
Spadoni was not clear about splitting a point.  Silvester made
clear he wanted each to receive a half point.  He remembers writing
the math down on paper, in front of Spadoni with different numbers.
Because he was going to do the deal at $100 to $150 million,
Silvester believed he used the number $150 million as an example.
It was obvious from the calculation that more money paid as a fee
resulted in a higher investment, i.e. $150 million times 1 percent
equals $750,000 each.  Silvester explained what he previously meant
when he stated he did not tell Spadoni or McCarthy of his
intention.  Silvester meant that he did not tell them, that by
increasing the investment he also felt it insured him, Triumph
would honor the contract with Stack and Thiesfield.