RJS / Hope -

NP
9/18/03
JM

Rm 401 - RJS + wife - calls office / Him -

*afternoon 4th*
Rest Buccio - Pat Sul. / Brother
continue discussion to contest election.

- Campaign'd hard - slept - got up.

- remember Stoch / Brother at Hotel
① wife / Kids
left -

w/ mouth / PAT Sullivan.
② maybe DeRio office re recount issue -
suspect - (core people believed lost - challenge ballots.

③ Governor called what's up - told lost
sometime in AM.

④ Believed w/ home. to get

Nite 4th could have spoken to CBS

5th Office AM –
Conversation w/ CBS at TO –
atleast 2nd Conversation re placement –
Cohen. PJS Asked CBS take care of CAT & CS.
- PJS asked if MC getting a fee
- CBS told NO
- PJS wanted split on point between two –
- made clear ½ pt each
- made clear payment of total commitment would be
- remember writing something down – CBS present
  different amounts possibly 150m x 1% = 1.5 mil
                                        750 each –
- obvious move highinvest money
- do deal 100-150m – L believed used 150mil
- Statement did not tell FM/CBS of intention
- that they would know the deal to do the contracts
                                        w/ CAT CS.