Search - 9 Results - silvester                                                                Page 1 of 5
Case 3:00-cr-00217-EBB    Document 938-11    Filed 08/05/2005    Page 1 of 5
ATTACHMENT J

Source:  News & Business > News > By Individual Publication > H > The Hartford Courant
Terms:   silvester and date(geq (10/3/99) and leq (10/6/99))  (Edit Search)

⌐Select for FOCUS™ or Delivery
└

*THE HARTFORD COURANT, October 3, 1999*

Copyright 1999 The Hartford Courant Company
Hartford Courant (Connecticut)

**October** 3, 1999 Sunday, 5/6/7 SPORTS FINAL

**SECTION:** MAIN; Pg. A1

**LENGTH:** 2124 words

**HEADLINE:** SCANDAL AT GOV. ROWLAND'S DOORSTEP;
**SILVESTER** DETAILS SCHEMES INVOLVING ROWLAND INTERMEDIARIES

**BYLINE:** MIKE McINTIRE And JON LENDER; Courant Staff Writers

**BODY:**
In a secret statement to prosecutors, former state Treasurer Paul J. **Silvester** is pointing a finger at Gov. John G. Rowland, saying **Silvester** was pressed to invest $125 million with fund managers who promised cash for the governor's campaign and for a brother of a Rowland friend, sources said.

In addition, **Silvester** told prosecutors he reluctantly agreed to invest another $25 million during his final days in office in an attempt to get the governor to secure new jobs for his outgoing staff. Further, he said, that investment was tied to the possibility of a judgeship for a relative of **Silvester**. Some jobs were arranged after the investment was made, **Silvester** said, but the judgeship never materialized.

The allegations were made by **Silvester** in communications with prosecutors when he pleaded guilty last month to racketeering and conspiracy counts arising from his 17 months as treasurer, according to two sources familiar with what **Silvester** has told the government. His account, which remains under seal, nudges the ongoing federal corruption probe closer to the governor's office.

**Silvester** has not claimed that Rowland personally told him to make investments of state pension funds, the sources said. Instead, they said the former treasurer has described three occasions in which he said intermediaries approached him with demands, saying they were acting for the governor.

Dean Pagani, Rowland's spokesman, said Saturday that the governor would not comment on specifics of **Silvester's** allegations. Pagani issued a prepared statement in response to questions by The Courant.

"Governor Rowland has no connection to the criminal case against Paul **Silvester**," Pagani said. "The governor has done nothing illegal or unethical in connection with the matter, and he is not going to get into routinely responding to charges being made by anonymous sources who may have their own agenda."

**Silvester** has declined to comment for months. His lawyer, Hubert J. Santos, did not return messages left at his office and home last week.

**Silvester's** account of his dealings is part of a wide range of information that **Silvester** is said to have provided FBI agents and prosecutors. Under his plea agreement and federal sentencing guidelines, **Silvester** faces a sentence of 57 to 71 months in prison, but a judge has discretion to reduce the term to recognize **Silvester's** continued cooperation.

The prospect that the former Republican treasurer -- who was appointed by Rowland after Treasurer Christopher B. Burnham resigned in July 1997 and once was considered an ally of the governor -- is now naming names to federal agents has sent a chill wind through the marbled hallways of the state Capitol. His account, according to those familiar with it, is filled with references to influential lobbyists, lawyers and officials, and it shines a light on the hidden machinery of financial deal-making that surrounds the nearly $20 billion state employee pension fund.

While reluctant to publicly challenge **Silvester,** people close to Rowland are quietly raising questions about the former treasurer's motives, suggesting he is trying to impugn the governor in a bid for leniency. One source close to Rowland, for instance, put a different spin on **Silvester's** request for jobs for his aides, saying "very few if any" got jobs, and the decisions were not tied to investments **Silvester** made.

This source also said **Silvester's** job request was on a long list of unreasonable and bizarre demands he made on Rowland in his final days, demands that included wanting a three-digit license plate and an award at the Connecticut Republican Party's annual Prescott Bush Dinner.

**Silvester's** story, as told to The Courant by two sources familiar with it, is as follows:

* When **Silvester** was deputy treasurer, Rowland sent Burnham, who was then the treasurer, an investment proposal for Windsor- based Pioneer Ventures Associates Limited Partnership with a note suggesting it should be looked at. No investment was made.

After Rowland appointed **Silvester** to fill the vacancy left when Burnham took a private sector job, **Silvester** was approached by lobbyist Patrick Sullivan, who allegedly told **Silvester** that Rowland wanted the Pioneer investment done. It was explained to **Silvester** that a brother of Waterbury lawyer Joseph Mengacci, a Rowland friend whose wife, Kathleen Mengacci, is an executive assistant in the governor's office, stood to receive a payment if the investment was made. In January 1998, **Silvester** agreed to invest $50 million in Pioneer.

Asked about **Silvester's** account, Sullivan replied: "I am disappointed that Paul has suggested that I spoke to him on behalf of the governor. That was not the case. My conversations with Paul were both professional and appropriate." Sullivan declined further comment.

Joseph Mengacci, who is chairman of the state's Judicial Selection Commission, could not be reached for comment. It could not be determined which of Mengacci's brothers **Silvester** was referring to in his account to prosecutors.

In an interview Saturday, Burnham said he recalled "the governor asking me to take a look at something," which, Burnham said, may have been the Pioneer proposal -- although he was unsure. He said he was "completely comfortable" with Rowland's referral, that it was the only one he could recall during his tenure and that his staff ultimately decided it was not a good investment at the time.

"We never heard from the governor again on it," Burnham said.

* In early 1998, lobbyist and West Hartford council member Patrick McCabe approached **Silvester** with a proposal that the state invest in Apollo Real Estate Investment Fund III, a

client of McCabe's. McCabe allegedly told **Silvester** that Apollo executive William Mack would raise funds for Rowland's re-election campaign if the investment was made.

After **Silvester** met for lunch with Mack, McCabe and David A. O'Leary, the governor's former chief of staff who was then serving as executive director of Rowland's re-election campaign, **Silvester** agreed to invest $75 million in Apollo. Twelve days later, on March 31, 1998, Rowland and **Silvester** attended a fund-raiser at Mack's New York apartment, where the governor collected $50,000 for his campaign.

The Courant reported last week about that and another fund-raiser **Silvester** arranged and attended with Rowland on the same day. Three people connected with Pioneer gave a total of $7,500 to the Rowland campaign at the other New York fund-raiser.

Rowland said Thursday he was not aware of Mack's connection to the pension fund at the time he was accepting the campaign contributions.

"I have no idea what these guys do for a living and that they'd had business with the treasurer whatever number of days, weeks, months or years before that event," Rowland said.

On Saturday, Pagani said "Mr. Sullivan and Mr. McCabe have no authority to speak for the governor, and would never be used to send a message to anyone else, either officially or otherwise."

McCabe declined to comment. Mack and O'Leary could not be reached.

* After **Silvester** lost the Nov. 3 election, Sullivan allegedly called him again and suggested that he invest more money in Pioneer. **Silvester** declined. When **Silvester** went to the governor's mansion later and sought Rowland's help finding jobs for more than a dozen treasury employees, Rowland rebuffed him.

Not long after that, Joseph Mengacci's brother visited **Silvester** and said that if he wanted help with the jobs or a possible judgeship for a **Silvester** family member, he should make the Pioneer investment. **Silvester** agreed, and in December, three weeks before his term expired on Jan. 6, 1999, he committed an additional $25 million in state pension funds to Pioneer.

After that, jobs came through for some of **Silvester's** staffers.

This year, **Silvester's** successor as treasurer, Democrat Denise Nappier, negotiated the state's investment in Pioneer back down to the original $50 million.

Key Developments In The State Treasury Corruption Scandal:

* On Sept. 23, former state Treasurer Paul J. **Silvester** pleaded guilty to federal charges of racketeering and conspiracy to launder money, his brother, Mark **Silvester,** pleaded guilty to conspiracy to solicit bribes, and brother-in-law Peter D. Hirschl pleaded guilty to conspiracy to launder money. The scheme involved kickbacks to Paul **Silvester** and fees to his associates in exchange for $500 million in state pension investments in five different funds.

* Federal authorities said the corruption probe is continuing and that Paul **Silvester** is cooperating with investigators as they examine other "individuals and organizations." Michael Wolf, the FBI's lead agent in Connecticut, said, "The investigation will follow the money and will attempt to surface any quid pro quo arrangements."

* Prominent people known to be under scrutiny for their role in various investment deals

include former state Senate Democratic leader William A. DiBella, former Connecticut NAACP head Ben Andrews and Washington, D.C., business consultant Wayne Berman, who has been a major fund-raiser for Republican presidential front-runner George W. Bush.

* In the wake of revelations, state legislators have proposed banning "finder's fees," the payments that are at the heart of the **Silvester** case. Such fees often are paid legitimately by fund managers to third parties who bring investments to them. However, Paul **Silvester** has admitted to steering some fees to himself and arranging fees for others who had no part in the investments.

Key Developments In The State Treasury Corruption Scandal:

* On Sept. 23, former state Treasurer Paul J. **Silvester** pleaded guilty to federal charges of racketeering and conspiracy to launder money, his brother, Mark **Silvester,** pleaded guilty to conspiracy to solicit bribes, and brother-in-law Peter D. Hirschl pleaded guilty to conspiracy to launder money. The scheme involved kickbacks to Paul **Silvester** and fees to his associates in exchange for $500 million in state pension investments in five different funds.

* Federal authorities said the corruption probe is continuing and that Paul **Silvester** is cooperating with investigators as they examine other "individuals and organizations." Michael Wolf, the FBI's lead agent in Connecticut, said, "The investigation will follow the money and will attempt to surface any quid pro quo arrangements."

* Prominent people known to be under scrutiny for their role in various investment deals include former state Senate Democratic leader William A. DiBella, former Connecticut NAACP head Ben Andrews and Washington, D.C., business consultant Wayne Berman, who has been a major fund-raiser for Republican presidential front-runner George W. Bush.

* In the wake of revelations, state legislators have proposed banning "finder's fees," the payments that are at the heart of the **Silvester** case. Such fees often are paid legitimately by fund managers to third parties who bring investments to them. However, Paul **Silvester** has admitted to steering some fees to himself and arranging fees for others who had no part in the investments.

Key Developments In The State Treasury Corruption Scandal:

* On Sept. 23, former state Treasurer Paul J. **Silvester** pleaded guilty to federal charges of racketeering and conspiracy to launder money, his brother, Mark **Silvester,** pleaded guilty to conspiracy to solicit bribes, and brother-in-law Peter D. Hirschl pleaded guilty to conspiracy to launder money. The scheme involved kickbacks to Paul **Silvester** and fees to his associates in exchange for $500 million in state pension investments in five different funds.

* Federal authorities said the corruption probe is continuing and that Paul **Silvester** is cooperating with investigators as they examine other "individuals and organizations." Michael Wolf, the FBI's lead agent in Connecticut, said, "The investigation will follow the money and will attempt to surface any quid pro quo arrangements."

* Prominent people known to be under scrutiny for their role in various investment deals include former state Senate Democratic leader William A. DiBella, former Connecticut NAACP head Ben Andrews and Washington, D.C., business consultant Wayne Berman, who has been a major fund-raiser for Republican presidential front-runner George W. Bush.

* In the wake of revelations, state legislators have proposed banning "finder's fees," the payments that are at the heart of the **Silvester** case. Such fees often are paid legitimately by fund managers to third parties who bring investments to them. However, Paul **Silvester** has admitted to steering some fees to himself and arranging fees for others who had no part

in the investments.

**GRAPHIC:** PHOTOS: (color), 5-mugs in graphic naming Paul **Silvester,** Patrick McCabe, David O'Leary, Patrick Sullivan and John G. Rowland.

**LOAD-DATE:** October 4, 1999

Source: News & Business > News > By Individual Publication > H > The Hartford Courant
Terms: **silvester and date(geq (10/3/99) and leq (10/6/99))** (Edit Search)
View: Full
Date/Time: Friday, August 5, 2005 - 2:45 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.