STATE OF CONNECTICUT

                ss: New Haven, Connecticut

COUNTY OF NEW HAVEN

# AFFIDAVIT

I, Jeff Rovelli, duly sworn do depose and state:

1. I have been employed as a Special Agent for the Federal Bureau of Investigation for approximately 13 and 1/2 years, including the entire year of 1999.

2. In the Fall of 1999, I was assigned to assist as a computer forensic examiner in an independent investigation being conducted by Assistant United States Joseph Hutchison, regarding a possible leak of sensitive information in connection with the investigation and prosecution of Paul Silvester.

3. I recall attending a meeting in approximately October 1999 at the office of Attorney Hope Seeley. At that meeting, I requested and was granted permission to review the file property information for a computer file or files on a computer maintained at that office. My objective in reviewing such information was to review only the dates and times associated with the file(s) in question. I had no reason to review the contents of the file(s) and did not do so. Nor did I make copies or create print-outs from any file(s).

4. I do not recall learning of Triumph Capital or Charles Spadoni during my assistance in the special investigation.

5. At the time of my assistance in the independent investigation, I did not have sufficient case-specific knowledge to evaluate the inculpatory or exculpatory nature of information as it pertained to the Silvester investigation in general, or to the Triumph/Spadoni portion of the investigation in particular.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2005.

*[Signature: Jeff Rovelli]*

JEFF ROVELLI

Subscribed and sworn to before me
this 5th day of August 2005

*[Signature: Marybeth Reardon Miklos]*
NOTARY PUBLIC
DATE COMMISSION EXPIRES 12/31/2007

**MARYBETH REARDON MIKLOS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2007