```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


--------------------------------X

UNITED STATES OF AMERICA,

        V.                          Criminal No. 3:00 CR 217 (EEB)

TRIUMPH CAPITAL GROUP, INC.,
FREDERICK W. McCARTHY,
CHARLES B. SPADONI, LISA A.         August 24, 2005
THIESFIELD and BEN F. ANDREWS,

        Defendants.

--------------------------------X
```

**MOTION FOR EXTENSION OF TIME TO**
**FILE REPLY TO GOVERNMENT'S RESPONSE**

We respectfully request that the Court grant this motion for extension of time to file Defendant Spadoni's Reply to the United States' Response to Declaration of Russell M. Gioiella, Esq., in connection with defendant's motion for a new trial to September 12, 2005.  I have spoken with William Nardini, Esq., Assistant U.S. Attorney, who advised me that the Government consents to the motion.

WHEREFORE, the Defendant Charles B. Spadoni respectfully requests that this motion for extension of time be granted.

Respectfully submitted,

LITMAN, ASCHE & GIOIELLA, LLP

By: _____
      Richard M. Asche

Bar No. CT12687
Attorneys for Defendant
  Charles B. Spadoni
45 Broadway Atrium
New York, New York 10006
(212) 809-4500

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing motion to seal was served by U.S. Mail on this 24th day of August, 2005, to the following counsel of record:

    Nora R. Dannehy, Esq.            Fax: (860) 240-3291
    William J. Nardini, Esq.
    Assistant United States Attorney
    United States Attorney's Office
    450 Main Street
    Hartford, CT 06103

                                                     _____
                                                       Richard M. Asche