## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Declaration of Russell M. Gioiella in further suport of Motion for a New Trial was served by Federal Express on this 12th day of September, 2005, to the following counsel of record:

Nora R. Dannehy, Esquire
Assistant United States Attorney
United States Attorney's Office
450 Main Street - Room 328
Hartford, CT 06103

_____
Richard M. Asche