```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:00-CR-217(EBB) |
| | : | |
| CHARLES SPADONI | : | |

ORDER

Before the Court is the <u>United States' Motion for Partial Reconsideration of Ruling on Defendant Spadoni's Motion for Judgment of Acquittal and for a New Trial</u> [Doc. No. 946]. The Court hereby ORDERS the Government to provide to the Court Government's Trial Exhibits 301 and 332 on or before October 21, 2005.

                              SO ORDERED.


                              _____
                              ELLEN BREE BURNS, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut this _____ day of October, 2005.