**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Memorandum in Response to Government's Motion for Partial Reconsideration was served by first class mail on this 17th day of October, 2005, to the following counsel of record:

>Nora R. Dannehy, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>450 Main Street - Room 328
>Hartford, CT 06103

_____
Richard M. Asche