UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Criminal No. 3:00 CR 217 (EEB)<br>TRIUMPH CAPITAL GROUP, INC., )<br>FREDERICK W. McCARTHY, )<br>CHARLES B. SPADONI, LISA )<br>A. THIESFIELD and BEN F. ) OCTOBER 17, 2006<br>ANDREWS, )<br>)<br>Defendants. )<br>_____) | |

**MOTION TO FILE UNDER SEAL DEFENDANT CHARLES SPADONI'S SENTENCING MEMORANDUM AND EXHIBITS**

Pursuant to D.Conn. L.Cr.R. 8, Defendant Charles B. Spadoni submits this motion to file the following document under seal: Defendant Spadoni's Sentencing Memorandum and exhibits. In support of this motion, we state that the motion states matters which are personal to the defendant Spadoni and his family.

WHEREFORE, the Defendant Charles B. Spadoni respectfully requests that this motion to file under seal be granted.

Respectfully submitted,

LITMAN, ASCHE & GIOIELLA, LLP

By: _____
Richard M. Asche
Bar No. CT12687
Attorneys for Defendant Charles Spadoni
45 Broadway Atrium
New York, New York 10006
(212) 809-4500