## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion to seal was served on this 17th day of October, 2006, to the following counsel of record:

William Nardini, Esq.
Assistant United States Attorney
United States Attorney's Office
450 Main Street
Hartford, CT 06103

by delivering a true copy enclosed in an envelope under the custody of Federal Express for overnight delivery.

Richard M. Asche