UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. 3:00 CR 217 (EBB) |
| ) | |
| v. ) | Judge Ellen Bree Burns |
| ) | |
| TRIUMPH CAPITAL GROUP, INC., ) | |
| FREDERICK W. McCARTHY, ) | |
| CHARLES B. SPADONI, LISA A. ) | |
| THIESFIELD AND BEN F. ANDREWS ) | |
| ) | |
| Defendants ) | **NOTICE OF APPEAL** |
| ) | |
| ) | |

S I R S:

PLEASE TAKE NOTICE that the defendant Charles B. Spadoni hereby appeals to the United States Court of Appeals for the Second Circuit from a judgment of conviction and sentencing dated October 25, 2006 (Honorable Ellen Bree Burns), and from each and every part thereof.

Dated:   New York, New York
         October 25, 2006

                              Litman, Asche & Gioiella, LLP
                              Attorneys for Charles B. Spadoni

                              By: _____
                                   Richard M. Asche
                                   Bar No. CT12687

                              By: _____
                                   Russell M. Gioiella
                                   Bar No. CT12688

                              45 Broadway Atrium
                              New York, New York 10006
                              (212) 809-4500

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appeal was served on this 25th day of October, 2006, to the following counsel of record:

> William Nardini, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 450 Main Street
> Hartford, CT 06103

by delivering a true copy by first class mail, enclosed in an envelope under the custody of the United States Postal Service.

_____
Richard M. Asche