UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. 3:00 CR 217 (EBB) |
| ) | |
| v. ) | Judge Ellen Bree Burns |
| ) | |
| TRIUMPH CAPITAL GROUP, INC., ) | |
| FREDERICK W. McCARTHY, ) | |
| CHARLES B. SPADONI, LISA A. ) | |
| THIESFIELD AND BEN F. ANDREWS ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

## INDEX TO RECORD ON APPEAL

Defendant Charles Spadoni hereby designates the entire record in the above-captioned case, including all docket entries, as the record on appeal, <u>USA v. Triumph Capital (Spadoni)</u>, 06-4970-CR.

Dated:   New York, New York
         November 22, 2006

                                        Litman, Asche & Gioiella, LLP
                                        Attorneys for Charles B. Spadoni

                                        By: _____
                                            Richard M. Asche
                                            Bar No. CT12687

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appeal was served on this 22nd day of November, 2006, to the following counsel of record:

>William Nardini, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>450 Main Street
>Hartford, CT 06103

by delivering a true copy by FedEx.

_____
Richard M. Asche