UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V                                                                CASE NO. 3:00cr217(EBB)

CHARLES B. SPADONI

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on October 26, 2006, be amended in part as follows:

**"The Court departs downward based on defendant's service in Vietnam and the disparity between sentences available to other defendants involved in similar activities in this case."**

In all other respects the Judgment & Order of Commitment entered by this Court on October 26, 2006, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 22nd day of November, 2006.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT